**IN THE DISTRICT COURT OF THE UNITED STATES**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No.: 3:93-448 |
| | ) | CR. No.: 3:94-033 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TEDDY JAY KELLER | ) | |
| _____ | ) | |

The United States has filed a motion to request an additional period of thirty (30) days from the date of the issuance of this Order to respond to defendant's motions to reduce his sentence. The United States is hereby directed to respond to this motion within thirty days of the issuance of this Order.

*Joseph F. Anderson Jr.*

JOSEPH F. ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

May 18, 2005
Columbia, South Carolina